STATE v. ST. CLAIR

No. 373P95

Case below: 119 N.C.App. 799

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

STATE v. THOMAS

No. 375P95

Case below: 119 N.C. App. 708

Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 2 November 1995. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

STATE v. WOOTEN

No. 438P95

Case below: 120 N.C.App. 202

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

TAYLOR v. COLLINS

No. 402P95

Case below: 120 N.C.App. 202

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

TRULL v. CENTRAL CAROLINA BANK & TRUST CO.

No. 431P95

Case below: 120 N.C.App. 202

Petition by defendant (Player I) and intervenor defendant (Kitty Player Beck) for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.